In the Matter of Daniel Rosenthal, Appellant, against Herman Stichman, as Commissioner of the Department of Housing of the State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ. [See *ante*, p. 804.]

JOHN A. JOHNSON CONTRACTING CORP., Respondent, v. MARYLAND CASUALTY COMPANY et al., Appellants.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ. [See *ante*, p. 798.]

LEONA BUILDING CORPORATION, Appellant, v. HENRY TANSMAN, Respondent.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ.